UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-60920-CIV-JORDAN/O'SULLIVAN

SECURITIES AND EXCHANGE                  :
COMMISSION,                              :
                                         :
      Plaintiff,                         :
                                         :
  v.                                     :
                                         :
MAGNUM D'OR RESOURCES, INC.,             :
JOSEPH J. GLUSIC, SHANNON ALLEN,         :
DWIGHT FLATT, and                        :
DAVID DELLA SCIUCCA, JR.,                :
                                         :
      Defendants.                        :
_____  :

**PLAINTIFF'S NOTICE OF FILING CONSENTS OF DEFENDANTS
JOSEPH J. GLUSIC AND SHANNON ALLEN AND MOTION FOR ENTRY
OF FINAL JUDGMENTS OF PERMANENT INJUNCTION AND OTHER RELIEF**

      Plaintiff Securities and Exchange Commission files the Consents of Defendants Joseph J. Glusic and Shannon Allen to entry of Final Judgments of Permanent Injunction and Other Relief. The Commission respectfully requests entry of the proposed Final Judgments.

      Entry of the Final Judgments against Glusic and Shannon will resolve the Commission's case against them. The case remains pending against Defendants Magnum d'Or Resources, Inc., Dwight Flatt, and David Della Sciucca, Jr.

                                       Respectfully submitted,

April 29, 2011                        By: s/Christine Nestor
                                         Christine Nestor
                                         Senior Trial Counsel
                                         Fla. Bar No. 597211
                                         nestorc@sec.gov
                                         Direct Dial: (305) 982-6367
                                         Facsimile: (305) 536-4154

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1800
Miami, Florida  33131
Telephone:  (305) 982-6300