UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-60920-CIV-JORDAN/O'SULLIVAN

FILED by _____ D.C.

JUN 27 2011

STEVEN M. LARIMORE
CLERK U.S. DIST CT
  D. of FLA. – MIAMI

SECURITIES AND EXCHANGE COMMISSION,

　　　　　　　　　Plaintiff,

v.

JOSEPH GLUSIC, et al.,

　　　　　　　　　Defendants.

AFFIDAVIT OF
JOSEPH J. GLUSIC

STATE OF NEVADA　　　　)
　　　　　　　　　　　　　)
COUNTY OF CLARK　　　　)

JOSEPH J. GLUSIC, being duly sworn, states:

1. I am a defendant in the above-entitled action.

2. I submit this affidavit pursuant to paragraph 10 of the Consent of Defendant Joseph J. Glusic to Entry of Final Judgment and Other Relief executed by me on March 18, 2011.

3. I affirm that I have received and read a copy of the Final Judgment of Permanent Injunction and Other Relief as to Defendant Joseph J. Glusic ordered by the Honorable Adalberto Jordan on May 24, 2011 and filed with this Court on May 25, 2011.

Dated: June 22, 2011

Sworn to before me this 22nd
day of June, 2011

_____
Notary Public

_____
Joseph J. Glusic



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
KELLY GEHRING
No: 07-4292-1
My Appointment Expires Aug. 7, 2011

# haynesboone

30 Rockefeller Plaza
26th Floor
New York, NY 10112

**CERTIFIED MAIL™**

7010 0290 0002 9860 5915



Clerk's Office
Wilkie D. Ferguson, Jr.
U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128

9314287716 0075

UNITED STATES POSTAGE
PITNEY BOWES
$ 005.79⁰
02 1P
0003061122   JUN 24 2011
MAILED FROM ZIP CODE 10020