UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-60920-CIV-JORDAN/O'SULLIVAN

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MAGNUM D'OR RESOURCES, INC.,
JOSEPH J. GLUSIC, SHANNON ALLEN,
DWIGHT FLATT, and
DAVID DELLA SCIUCCA, JR.,

    Defendants.
_____

### NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION PURSUANT TO LOCAL RULE 16.2.H AND THE COURT'S ORDER DATED JUNE 22, 2011 (DE 19)

Pursuant to the Court's Order Setting Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge (DE 19), the parties have conferred[1] and file the attached proposed order scheduling mediation.

Dated: July 21, 2011

Respectfully submitted,

s/Christine Nestor
Christine Nestor
Senior Trial Counsel
Fla. Bar No. 597211
nestorc@sec.gov
Direct Dial: (305) 982-6367
Facsimile: (305) 536-4154

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300

---

[1] Defendant Magnum and Defendant Flatt have authorized counsel for Plaintiff to file this Notice and proposed Order.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 21, 2011 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Christine Nestor
Christine Nestor

## SERVICE LIST

Stephen A. Zrenda, Jr., Esq.
Stephen A. Zrenda, Jr., P.C.
6303 N. Portland Avenue, Suite 300
Oklahoma City, OK 73112
Telephone: 405-721-7300
Facsimile: 405-601-0802
Email:  zrendaEsq@aol.com
*Counsel for Defendant Magnum d'Or Resources, Inc.*
Service via CM/ECF

Mitchell E. Herr, Esq.
Holland & Knight LLP
Stephen P. Warren, Esq.
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Telephone: 305-374-8500
Facsimile:  305-789-7799
Email:  Mitchell.herr@hklaw.com
Email:  Warren@hklaw.com
*Local Counsel for Defendant Magnum d'Or Resources, Inc.*
Service via CM/ECF

Dwight Flatt
101 S. Fort Lauderdale Beach Blvd., #1205
Fort Lauderdale, FL 33316
Service via U.S. Mail