UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-60920-CIV-JORDAN/O'SULLIVAN

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

MAGNUM D'OR RESOURCES, INC.,
JOSEPH J. GLUSIC, SHANNON ALLEN,
DWIGHT FLATT, and
DAVID DELLA SCIUCCA, JR.,

    Defendants.

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Howard Todd Jaffe on Thursday, March 22, 2012 at 9:30 a.m. at the Securities and Exchange Commission, Miami Regional Office, 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

ENTERED this 25th day of July, 2011.

_____
ADALBERTO JORDAN
United States District Judge

Copies to:
Counsel and *pro se* parties of record