UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:11-cv-60920-AJ

SECURITIES AND
EXCHANGE COMMISSION,

       Plaintiff,

vs.

MAGNUM D'OR RESOURCES,
INC. et al.,

       Defendants.
_____/

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MAGNUM D'OR RESOURCES, INC.

Pursuant to Local Rules 7.1(a)(1)(F) and 11.1(d)(3), the law firm of Holland & Knight LLP hereby requests the Court's permission to withdraw as counsel for Defendant Magnum D'Or Resources, Inc. ("Magnum D'Or"), and as grounds states:

1. Holland & Knight LLP has served as local counsel for Magnum D'Or in this case. Holland & Knight LLP does not represent any of the other Defendants.

2. Magnum D'Or's lead counsel is Stephen Zrenda, Esq., who is admitted pro hac vice. [D.E. 14]

3. Irreconcilable differences have arisen between Magnum D'Or and Holland & Knight LLP regarding certain financial obligations.

4. Both Magnum D'Or and opposing counsel have been notified of Holland & Knight LLP's intention to withdraw from any further representation in this case.

5. Magnum D'Or has consented to Holland & Knight LLP's withdrawal.

6. The Securities and Exchange Commission does not oppose this motion but requests that Magnum D'Or be ordered to retain new local counsel within 30 days of the grant of this motion.

WHEREFORE, Holland & Knight LLP requests that the Court enter an Order allowing it to withdraw as counsel for Defendant Magnum D'Or Resources, Inc. and relieving Holland & Knight LLP from any further responsibility in this case.

Date: September 29, 2011         Respectfully submitted,

/s Mitchell E. Herr
Mitchell E. Herr, Esq.
Florida Bar No. 473642
mitchell.herr@hklaw.com
Stephen P. Warren, Esq.
Florida Bar No. 788171
stephen.warren@hklaw.com
Holland & Knight LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Tel: 305-374-8500
Fax: 305-789-7799

*Local Counsel for Defendant Magnum D'Or Resources, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served either by CM/ECF notice of electronic filing or first-class mail on September 29, 2011 on all of the individuals and entities listed below:

Christine Nestor, Esq.
Securities and Exchange Commission
801 Brickell Avenue
Suite 1800
Miami, FL 33131
*Attorney for Plaintiff*

Magnum D'Or Resources, Inc.
c/o Benjamin Brown
Chief Financial Officer
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, NV 89052

Stephen A. Zrenda, Jr.
Stephen A. Zrenda, Jr., P.C.
6303 N. Portland Avenue
Suite 300
Oklahoma City, OK 73112
*Counsel for Magnum D'Or Resources, Inc.*

Dwight Flatt
5040 Sunrise Blvd.
Delray Beach, FL 33484
*Pro Se Defendant*

David Sciucca
1027 Beekman Rd.
Hopewell Junction, NY 12533
*Pro Se Defendant*

            /s Stephen P. Warren
            Stephen P. Warren, Esq.

#10640758_v1