UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 11-60920-CIV-JORDAN

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br>     Plaintiff <br> vs. <br> MAGNUM D'OR RESOURCES, INC. et al., <br>     Defendants | ) ) ) ) ) ) ) ) ) ) |

#### ORDER

Holland & Knight LLP's unopposed motion to withdraw as counsel [D.E. 29] is GRANTED.

Magnum D'Or Resources, Inc. shall find new local counsel by November 17, 2011.

DONE and ORDERED in chambers in Miami, Florida, this 4th day of October, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:	All counsel of record